Harold GODWIN, Petitioner–Appellant,

v.

M.J. McDADE, Respondent–Appellee.

No. 01–7307.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 11, 2001.

Decided Jan. 9, 2002.

Bruce Tracy Cunningham, Jr., Cunningham, Dedmond, Petersen & Smith, Southern Pines, North Carolina, for Appellant. Sandra Wallace–Smith, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

Harold Godwin seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Godwin v. McDade,* No. CA–01–5–5–BR (E.D.N.C. filed July 19, 2001; entered July 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*